UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. ED CR 21-00093-AB |
|---|---|
| Plaintiff, | **ORDER RE.: DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| MAURICE LANDON WILLIAMSON, II | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant's motion for compassionate release is GRANTED. Mr. Williamson's term of imprisonnment is reduce to time-served. The defendant is ORDERED released forthwith. The terms and conditions of supervised release remain as previously imposed.

Dated: February 2, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

CC: USPO, BOP, USM

1.